No. 81–857. MARTINEZ, AS NEXT FRIEND OF MORALES *v.* BYNUM, TEXAS COMMISSIONER OF EDUCATION, ET AL. C. A. 5th Cir. [Certiorari granted *sub nom. Martinez* v.

*Brockette,* 457 U. S. 1131.] Motion of respondents for divided argument denied.